## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **MARSHA ANN RILEY,** : | |
| : | Case No. 15-CV-2779 |
| **Plaintiff,** : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Deavers |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Before the Court is United States Magistrate Judge's **Report and Recommendation** (Doc. 19). On August 9, 2016, the Magistrate Judge recommended that the Court **OVERRULE** Plaintiff's Statement of Errors (Doc. 9) and **AFFIRM** the Commissioner of Social Security's decision. (Doc. 19 at 27-28.)

The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at 28.) Plaintiff has not objected. The deadline for objections lapsed on August 23, 2016.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, it **OVERRULES** Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner of Social Security's decision.

**IT IS SO ORDERED.**

                                                                                _s/Algenon L. Marbley_
                                                                               **ALGENON L. MARBLEY**
**Dated: August 30, 2016**                    **UNITED STATES DISTRICT COURT**